Ryan E. Carreon, Esq.,
Cal. Bar #311668
*Pro Hac Vice*
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
rcarreon@higbeeassociates.com
*Counsel for Plaintiff,*
CHRISTOPHER SADOWSKI

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>MAD WORLD NEWS, LLC d/b/a www.madworldnews.com; and DOES 1-10, inclusive,<br><br>Defendants. | Case 1:18-cv-00484-YK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Christopher Sadowski ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action in its entirety with prejudice against Defendant Mad World News, LLC d/b/a www.madworldnews.com; and DOES 1-10,

1

inclusive.

Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Therefore, this matter may be dismissed without an Order of the Court.

Dated: March 22, 2018                    Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.,
Cal. Bar #311668
*Pro Hac Vice*
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
rcarreon@higbeeassociates.com
*Counsel for Plaintiff*